STAN A. GROMBCHEVSKY, Bar No. 201607
SPRAY, GOULD & BOWERS LLP
15139 Woodlawn Avenue
Tustin, California 92780
(714) 258-1550 Telephone; (714) 258-1555 Facsimile
Attorneys for Plaintiff TIANNA MARIE HALE

JOHN D. BUCHANAN, State Bar No. 119584
2244 Walnut Grove Avenue, Suite 360B
Rosemead, CA  91770
(626) 302-6875 Telephone; (626) 302-1910 Facsimile
Attorneys for Defendant SOUTHERN CALIFORNIA EDISON COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIANNA MARIE HALE, | ) CASE NO. CV10-151-AHM (VBKx) |
| | ) The Honorable A. Howard Matz |
| Plaintiff, | ) |
| | ) **ORDER OF DISMISSAL** |
| vs. | ) |
| | ) |
| SOUTHERN CALIFORNIA EDISON | ) Complaint Filed: December 2, 2009 |
| COMPANY, a California Corporation, | ) |
| | ) |
| Defendants. | ) |
| | ) |

The stipulation of counsel having been read and considered and good cause appearing therefor, it is ORDERED that the above captioned action be DISMISSED WITH PREJUDICE, in its entirety.

Dated: October 13, 2010
**JS-6**

JUDGE OF THE UNITED STATES
DISTRICT COURT

1
**ORDER OF DISMISSAL**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER OF DISMISSAL**